

Charles M. Lizza

Phone:  (973) 286-6715

Fax:  (973) 286-6815

clizza@saul.com

www.saul.com

August 2, 2022

**VIA ECF**

The Honorable Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    Re:   *Horizon Orphan LLC, et al. v. Teva Pharmaceuticals, Inc.*
         Civil Action No. 22-1382 (RMB)(AMD)

Dear Judge Donio:

    This firm represents plaintiff The Regents of the University of California and, together with Paul Hastings LLP, represents plaintiffs Horizon Orphan LLC and Horizon Therapeutics USA, Inc. in the above-captioned matter.

    We write on behalf of all parties to respectfully request a one-week extension, until August 10, of the deadline to file the proposed Discovery Confidentiality Order ("DCO"). Pursuant to Your Honor's July 27 Letter Order (D.I. 37), the proposed DCO is due tomorrow. The parties are conferring in good faith on the DCO and believe that additional time will increase the likelihood of reaching agreement without the need for court intervention.  This extension will not result in any other changes to the case schedule, nor will it delay document production.  If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:    All Counsel (via email)

SO ORDERED.

_____
Hon. Ann Marie Donio, U.S.M.J.

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP