Douglas R. Weider
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07928
(973) 360-7916
weiderd@gtlaw.com

*Attorney for Defendant
Teva Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HORIZON ORPHAN LLC, HORIZON THERAPEUTICS USA, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-1382-RMB-AMD<br><br>**NOTICE OF MOTION TO SEAL**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on May 1, 2023, or as soon thereafter as counsel can be heard, the undersigned counsel for Defendant Teva Pharmaceuticals, Inc. ("Teva") will appear before the Honorable Ann Marie Donio, U.S.M.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, Camden, NJ 08101, and will move this Court pursuant to Local Civil Rule 5.3(c), for an Order to Seal portions of the following:

    1. Stipulation and proposed Order, dated March 24, 2023, at DE No. 83-1

    2. Stipulation and Order, dated March 28, 2023, at DE No. 84

**PLEASE TAKE FURTHER NOTICE THAT** the Teva shall rely upon the accompanying Declaration of Douglas R. Weider with Exhibit 1 annexed thereto, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE THAT** counsel for Plaintiff takes no position as to the confidentiality of the material sought to be sealed but, for the purposes of this motion only, does not object to the relief requested.

Dated: April 7, 2023

*s/Douglas R. Weider/*

Douglas R. Weider
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07928
(973) 360-7916
weiderd@gtlaw.com

**OF COUNSEL:**

Kurt Mathas
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois   60601
(312) 558-8329
kmathas@winston.com

Claire A. Fundakowski
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington DC 20036
(202) 282-5000
cfundakowski@winston.com

*Attorneys for Defendant*
*Teva Pharmaceuticals, Inc.*